MUNRO, Appellant, v. WELLS BROS. CO., Respondent. (Supreme Court, Appellate Division, Fourth Department. March 6, 1907.) Action by David H. Munro against the Wells Brothers Company. No opinion. Motion for reargument denied, with $10 costs and dis-

bursements. Motion for leave to appeal to the Court of Appeals denied. See 101 N. Y. Supp. 900.